# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. NO. 1:18-cv-01616-MN ) ) |
| THAT'S IT NUTRITION LLC, | ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 5, 2019

Respectfully Submitted,

**DEVLIN LAW FIRM LLC**

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

Eugenio J. Torres-Oyola (*pro hac vice*)
Jean G. Vidal Font (*pro hac vice*)
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 5, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Timothy Devlin*
                                     Timothy Devlin (#4241)